AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Donovan Chaplin<br><br>*Defendant(s)* | Case No. 2:23-mj- 134 |

**FILED**
JUL – 3 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of Nov. 12, 2022 through Jan. 25, 2023 in the county of Franklin in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Coercion and Enticement of a Minor |
| 18 U.S.C. § 2251(a) | Production of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
E. Rebecca Gantt

*Complainant's signature*

Desirae Maldonado, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/03/2023

*Judge's signature*

City and state: Norfolk, Virginia

Hon. Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*