AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Donovan Chaplin | ) Case No. 2:23-mj 134 | **SEALED** |
| | ) FID: 11570097 | |
| | ) FBI | |
| | ) | |
| Defendant | ) | |

2023 JUN 25 A 7:4[?]
EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Donovan Chaplin                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Coercion and Enticement of a Minor, in violation of 18 U.S.C. § 2422(b)
Production of Child Pornography, in violation of 18 U.S.C. § 2251(a)

Date:     07/03/2023

*Issuing officer's signature*

City and state:     Norfolk, Virginia

Hon. Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* June 25, 2023  and the person was arrested on *(date)* July 5, 2023
at *(city and state)* Buffalo, NY

Date:     7/12/23

*Arresting officer's signature*

Jonathan Montgomery     DUSM
*Printed name and title*